CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

SEP 16 2009

JOHN F. CORCORAN, CLERK
BY: /s/ 
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RICHARD LEE NEWSOME, | )<br>) |
| Plaintiff, | ) Case No. 7:09CV00380 |
| v. | )<br>) **FINAL ORDER** |
| SWVRJA HAYSI FACILITY MEDICAL STAFF, | ) By: Glen E. Conrad<br>) United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 16th day of September, 2009.

_/s/ Glen E. Conrad_
United States District Judge